UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. MARTIN, | No. C 11-2942 SI (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M. SEPULVEDA, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Pursuant to plaintiff's motion of voluntary dismissal (Docket No. 14), this action is dismissed. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). Defendants' motion to dismiss (Docket No. 10) is DENIED as moot. The Clerk shall enter judgment in favor of defendants, terminate Docket No. 10, and close the file.

**IT IS SO ORDERED**.

DATED: February 3, 2012

SUSAN ILLSTON
United States District Judge