UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. MARTIN,<br><br>       Plaintiff,<br><br>  v.<br><br>M. SEPULVEDA, et al.,<br><br>       Defendants.<br>_____ / | No. C 11-2942 SI (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Pursuant to plaintiff's motion of voluntary dismissal (Docket No. 14), this action is dismissed. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). Defendants' motion to dismiss (Docket No. 10) is DENIED as moot. The Clerk shall enter judgment in favor of defendants, terminate Docket No. 10, and close the file.

**IT IS SO ORDERED**.

DATED: February 3, 2012

                                                SUSAN ILLSTON<br>                                       United States District Judge