UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK D. MARTIN, | No. C 11-2942 SI (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| M. SEPULVEDA, et al., | |
| Defendants. | |

The action having been voluntarily dismissed without prejudice, judgment is entered accordingly.

**IT IS SO ORDERED**.

DATED: February 3, 2012

SUSAN ILLSTON
United States District Judge